FILED: August 19, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-1832

(4:14-cv-00031-TEM)

_____

TEK FUSION GLOBAL, INC.

      Plaintiff - Appellee

v.

GRANT A. KYLE; BLUGUISE, LLC

      Defendants - Appellants

and

EDMUND D. ZINK

      Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
| Originating Case Number | 4:14-cv-00031-TEM |
| Date notice of appeal filed in originating court: | 08/15/2014 |
| Appellant (s) | Grant A. Kyle, Bluguise, LLC |

| Appellate Case Number | 14-1832 |
|---|---|
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |