FILED:  November 13, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-1832

(4:14-cv-00031-TEM)

_____

TEK FUSION GLOBAL, INC.

Plaintiff - Appellee

v.

GRANT A. KYLE; BLUGUISE, LLC

Defendants - Appellants

 and

EDMUND D. ZINK

Defendant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file an

addendum/attachment to the reply brief, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk